1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

4 | KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

5

6 | 450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7151

7 | Facsimile: (415) 436-7234

8 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.   CR 05-00741 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER EXCLUDING TIME FROM APRIL 6, 2006 TO APRIL 28, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| HASSAN LEE BRATCHER, | ) | |
| Defendant. | ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order setting an initial appearance before the Honorable D. Lowell Jensen on April 28, 2006 at 9:00 a.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 6, 2006 to April 28, 2006.  The parties agree, and the Court finds and holds, as follows:

1. The defendant is in custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon defense counsel's need to obtain and review discovery in order to effectively prepare to defend this case.

3. Counsel for the defense believes that the exclusion of time is in his client's best

interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 6, 2006 to April 28, 2006, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) orders that the parties appear before the Honorable D. Lowell Jensen for an initial appearance on April 28, 2006 at 9:00 a.m.; and (2) orders that the period from April 6, 2006 to April 28, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:_____    /S/_____
JOHN PAUL REICHMUTH
Attorney for the Defendant

DATED:_____    /S/_____
KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED:   June 2, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Wayne D. Brazil, Judge Wayne D. Brazil]*

2