FILED

JUN 0 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2

3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division

4  KIRSTIN M. AULT (CSBN 206052)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7151
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                            OAKLAND DIVISION

12 UNITED STATES OF AMERICA,           )    No.   CR 05-00741 DLJ
                                       )
13      Plaintiff,                     )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME FROM
14 v.                                  )    APRIL 28, 2006 TO JUNE 16, 2006 FROM
                                       )    THE SPEEDY TRIAL ACT
15 HASSAN LEE BRATCHER,                )    CALCULATION (18 U.S.C. §
                                       )    3161(h)(8)(A))
16                                     )
        Defendant.                     )
17 _____)

18

19       With the agreement of the parties, and with the consent of the defendant, the Court enters

20 this order setting an initial appearance before the Honorable D. Lowell Jensen on June 16, 2006

21 at 9:00 a.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §

22 3161(b), from April 28, 2006 to June 16, 2006. The parties agree, and the Court finds and holds,

23 as follows:

24       1. The defendant is in custody.

25       2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon

26 defense counsel's need to obtain and review discovery in order to effectively prepare to defend

27 this case. The parties have made two appearances before the district court in this case, one on

28 April 28, 2006 and the second on May 19, 2006. At both appearances the parties requested, and

1 the district court granted, an exclusion of time from the Speedy Trial Act based on the need of
2 defense counsel to obtain documents and review evidence in order to effectively prepare to
3 defend this case.
4     3. Counsel for the defense believes that the exclusion of time is in his client's best
5 interest.
6     4. Given these circumstances, the Court finds that the ends of justice served by excluding
7 the period from April 28, 2006 to Jun 16, 2006, outweigh the best interest of the public and the
8 defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
9     5. Accordingly, and with the consent of the defendant, the Court (1) orders that the
10 parties appear before the Honorable D. Lowell Jensen for a status conference on June 16, 2006 at
11 9:00 a.m.; and (2) orders that the period from April 28, 2006 to June 16, 2006 be excluded from
12 Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: _____

/S/
JOHN PAUL REICHMUTH
Attorney for the Defendant

DATED: _____

/S/
KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 6-5-06

D. LOWELL JENSEN
United States District Judge