FILED

JUN 1 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant BRATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-00741-DLJ |
| v. | ) | [~~PROPOSED~~] ORDER CONTINUING DATES |
| HASSAN LEE BRATCHER | ) | |
| Defendants. | ) | |

## ORDER

Upon stipulation of the parties to the above-entitled matter and good cause appearing,

FINDINGS OF THE COURT:

1. The ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS HEREBY ORDERED that the period of time between June 16, 2006 and July 7, 2006 be excluded under the speedy trial act.

1  IT IS FURTHER ORDERED that the STATUS HEARING date of June 16, 2006, presently
2  scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for July 7,
3  2006 at 9:00 a.m. for TRIAL AND MOTIONS SETTING OR CHANGE OF PLEA.
4  DATED:  6-15-06

        _____
        HON. D. LOWELL JENSEN
        SENIOR UNITED STATES DISTRICT JUDGE