KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7151
Facsimile: (415) 436-7234

Attorneys for Plaintiff

FILED
JUL 17 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HASSAN LEE BRATCHER, ) <br> ) <br> Defendant. ) <br> _____ ) | No.   CR 05-00741 DLJ <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JULY 7, 2006 TO AUGUST 11, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order setting an appearance before the Honorable D. Lowell Jensen on August 11, 2006 at 9:00 a.m. for change of plea or trial setting, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 7, 2006 to August 11, 2006. The parties agree, and the Court finds and holds, as follows:

1. The defendant is in custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon defense counsel's need to obtain and review additional discovery regarding the defendant's criminal history in order to effectively prepare to advise his client and defend this case.

3. Counsel for the defense believes that the exclusion of time is in his client's best

interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 7, 2006 to August 11, 2006, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) orders that the parties appear before the Honorable D. Lowell Jensen for change or plea or trial setting on August 11, 2006 at 9:00 a.m.; and (2) orders that the period from July 7, 2006 to August 11, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: July 10, 2006

/S/
JOHN PAUL REICHMUTH
Attorney for the Defendant

DATED: July 10, 2006

/S/
KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: July 17, 2006

D. LOWELL JENSEN
United States District Judge