# United States District Court

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

OCT 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA   )
                               )
          vs.           )    **Docket Number: CR 05-00741-1 DLJ**
                               )
    **Hassan L. Bratcher**      )
                               )

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __November 3, 2006 at 10:00 a.m.__ be continued until _____January 19, 2007_____ at _____10:00 a.m._____ .

Date: ___10-30-06___

_____
D. Lowell Jensen
Senior United States District Judge

NDC-PSR-009 12/06/04