| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
| | Assistant Federal Public Defender |
| 3 | 555 12th St. – Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | |
| | Counsel for Defendant BRATCHER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-00741-DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION OF PARTIES |
| v. | ) | |
| | ) | |
| HASSAN LEE BRATCHER | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the REVOCATION HEARING date of January 18, 2008 presently scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for February 15, 2008 at 9:00 a.m. for REVOCATION HEARING.

The reason for this request is that additional time is needed by the defense to review discovery and discuss options with the defendant. The parties are not ready to resolve this case and defense counsel also wishes to speak with witnesses. This process has begun, but it will take additional time.

The Probation Officer has been contacted and he does not object.

Date 1/17/08

/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant BRATCHER

Date 1/17/08

/s/
KIRSTEN M. AULT
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.    /S/ John Paul Reichmuth
Counsel for Defendant Bratcher

ORDER

Based on the foregoing, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to February 15, 2008 at 9:00 a.m.

IT IS SO ORDERED.

January 18, 2008
Date

HON. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE